UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

TEACHERS RETIREMENT SYSTEM
OF THE STATE OF ILLINOIS,

        Plaintiff,

-v-                                       No. 13CV3377-LTS-DCF

AMERICAN INTERNATIONAL GROUP, INC.
et al.,

        Defendants.

-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-27-2015

ORDER

The Clerk of the Court is ordered to remove docket entry 65, which is an order inapplicable to this case, from the docket in this action.

SO ORDERED.

Dated: New York, New York
       July 27, 2015

                                                LAURA TAYLOR SWAIN
                                                United States District Judge